HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANK W. SCHNARRS,<br><br>        Plaintiff,<br><br>   v.<br><br>RUSHMORE LOAN MANAGEMENT, et al.,<br><br>        Defendants. | CASE NO. C16-5926RBL<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

THIS MATTER is before the Court on Defendants' Motions to Dismiss [Dkt. #s 15 & 23]. The Motions were re-noted to allow Plaintiff Schnarrs to obtain counsel [Dkt. #29]. Schnarrs has since re-filed what appears to be the same request for a continuance, to a date (February 1) which has already passed [Dkt. #31]. In the alternative, he seeks again dismissal without prejudice.

The Court will not continue the pending motions again, and that request is DENIED. Defendants ask the Court to treat Schnarrs' filings as a failure to respond to their motions and to dismiss his claims with prejudice under Local Rule 7.

However, a plaintiff has the unilateral right to voluntarily dismiss his claims without prejudice when the defendant has not answered or filed a motion for summary judgment. Fed. R.

Civ. P. 41(a)(1)(A)(i). Where there is instead a pending motion to dismiss for failure to state a claim, the plaintiff's voluntary dismissal effectively moots that motion, and the dismissal is without prejudice. *See American Soccer Co., Inc. v. First Score Enterprises*, 187 F.3d 1108 (9th Cir. 1999). The apparent prejudice to the defendants can be remedied by an award of costs when and if the plaintiff re-files his claims. Fed. R. Civ. P. 41(d)(1).

The Court will treat Schnarrs' filing [Dkt. #31] as a notice of voluntary dismissal, and this matter is **DISMISSED WITHOUT PREJUDICE**. The defendants' pending motions to dismiss [Dkt. #s 15 & 23] are **DENIED** as moot.

IT IS SO ORDERED.

Dated this 16th day of February, 2017.

Ronald B. Leighton
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE - 2